IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEVIN B. JONES,

    Plaintiff,

     v.

STATE OF GEORGIA,

    Defendant.

CIVIL ACTION FILE
NO. 1:09-mi-181-TWT

## ORDER

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the action be dismissed without prejudice for failure to obey a lawful order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 24 day of September, 2009.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge